■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS MARTINA, Appellant. [661 NYS2d 804] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Pine, Lawton, Callahan and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CINDY BETTS FIELDS, Appellant. [661 NYS2d ·805] —Judgment unanimously affirmed (see, People v West, 239 AD2d 921 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Pine, Lawton, Callahan and Fallon, JJ.